[666 NYS2d 60]

In the Matter of RICHARD R. BURMEISTER, an Attorney, Resignor.

Fourth Department, November 19, 1997

### APPEARANCES OF COUNSEL

*Richard R. Burmeister,* Watertown, Connecticut, resignor *pro se.*

*Gerard M. LaRusso,* Rochester, for Committee for the Fourth Judicial District.

### OPINION OF THE COURT

Per Curiam.

Resignor was admitted to practice by this Court on June 28, 1984, and is currently in good standing. He has submitted an affidavit requesting that this Court accept his resignation from the practice of law in New York State on the grounds that he currently resides in Connecticut, he has not practiced law in

New York since 1992 and he does not intend to practice law in New York.

We grant the application and direct that his name be removed from the roll of attorneys.

DENMAN, P. J., GREEN, PINE, LAWTON and BALIO, JJ., concur.

Resignation accepted, and name removed from roll of attorneys.